IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHLEEN A. MURRAY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:12-cv-00410 |
| CAROLYN W. COLVIN, | ) Judge Nixon |
| Acting Commissioner of Social Security, | ) Magistrate Judge Griffin |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Kathleen A. Murray's Motion for Judgment on the Administrative Record ("Motion") and attached Brief in Support (Doc. No. 14). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 15.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be granted to the extent that the case should be remanded for consideration of Plaintiff's interstitial cystitis with frequent and painful urination at the remaining steps of the disability determination process. (Doc. No. 18 at 24.) The Report was filed on October 16, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion to the extent that the case should be **REMANDED** in accordance with the Report. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 3rd day of November, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT